**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RICK LULLOFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Removal from the Circuit Court of Cook |
| v. | ) | County, Illinois |
| | ) | |
| POWER SOLUTIONS | ) | Case No. 2021-L-010851 |
| INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

Defendant POWER SOLUTIONS INTERNATIONAL, INC. ("PSI"), by and through its undersigned attorneys, in accordance with 28 U.S.C. 1332, 1441, and 1446, removes to the United States District Court for the Northern District of Illinois, Eastern Division, the action styled *Rick Lulloff v. Power Solutions International, Inc.*, No. 2021-L-010851, currently pending in the Circuit Court of Cook County, Illinois. In support of its Notice of Removal, PSI states as follows:

1.      On or about November 5, 2021, Plaintiff Rick Lulloff ("Plaintiff") filed a Complaint against PSI in the Circuit Court of Cook County, Illinois. Plaintiff's Complaint asserts claims for breach of contract (Count I) and violation of the Illinois Wage Payment Collection Act (Count II). Specifically, Plaintiff alleges he is entitled to certain bonus payments under his employment agreement with PSI. As required under 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on PSI are attached as **Exhibit A**.

2.      On November 19, 2021, an Affidavit of Service was filed in the Circuit Court. *See Id.*, Affidavit of Service p. 2.

3.      PSI timely files this removal in accordance with 28 U.S.C. §§ 1441 and 1446, within 30 days after PSI was served with a summons and Plaintiff's Complaint.

4.      This action is removable pursuant to 28 U.S.C. § 1441, which permits any civil action brought in any state court in which the district courts of the United States have original jurisdiction to be removed to the district court of the United States for the district and division embracing the place where the state court action is pending.

5.      Removal to this Court is proper under 28 U.S.C. § 1446(b) because the United States District Court, Northern District of Illinois, Eastern Division, is the district and division within which the Circuit Court of Cook County, Illinois, is located.

6.      Venue of this civil action is proper in this Court pursuant to 28 U.S.C. § 1441(a).

7.      Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice of the filing of this Notice of Removal to Plaintiffs and have filed a true and correct copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois. See **Exhibit B**.

8.      Removal is proper because this action is within the Court's original jurisdiction under 28 U.S.C. § 1332.

## GROUNDS FOR REMOVAL

**DIVERSITY OF CITIZENSHIP**

9.      The Court has original jurisdiction over this action under 28 U.S.C. § 1332 because the parties' citizenship is completely diverse and the amount in controversy exceeds $75,000.

10.     Plaintiff's Complaint alleges that he is a citizen of Oshkosh, Wisconsin. *See* Exhibit A, Complaint, ¶2.

11.     PSI is a Delaware corporation with its principal place of business in Wood Dale, Illinois. *See Id.*, ¶3.

12.     Accordingly, there is complete diversity of citizenship between Plaintiff and PSI.

**AMOUNT IN CONTROVERSY EXCEEDS THE JURISDICTIONAL MINIMUM**

13.     In Count I of the Complaint, Plaintiff seeks to recover monies he alleges he is entitled to pursuant to his employment agreement with PSI. Specifically, Plaintiff claims that he is entitled to the First Incentive Bonus in the amount of $300,000 (*see* Exhibit A, Complaint, ¶30); the Second Incentive Bonus in the amount of $500,000 (*see Id.*, ¶32); and a prorated share of the Third Incentive Bonus (*see Id.* ¶¶36-37).

14.     Additionally, Plaintiff's Complaint seeks relief pursuant to the Illinois Wage Payment Collection Act for the "full amount due and owing for the First, Second, and "prorate" share of the Third Incentive Bonus." *See Id.* ¶51.

15.     Therefore, the amount in controversy exceeds $75,000.

16.     Because there is complete diversity between the parties and the amount in controversy exceeds $75,000, the Court has original jurisdiction under 28 U.S.C. § 1332.

**WHEREFORE,** Defendant POWER SOLUTIONS INTERNATIONAL, INC., respectfully request that the above-entitled action now pending in the Circuit Court of Cook County, State of Illinois, be removed therefrom to this Court.

Dated:    December 20, 2021                                              Respectfully submitted,

                                                    By:   /s/ Ebony C. Smith
                                                          One of the Attorneys for Defendant
                                                          **POWER SOLUTIONS INTERNATIONAL,
                                                          INC.**

Colleen G. DeRosa (ARDC No. 6301589)
Ebony C. Smith (ARDC No. 6317091)
**OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone:  312.558.1220
*colleen.derosa@ogletree.com*
*ebony.smith@ogletree.com*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on December 20, 2021, the foregoing *Notice of Removal* was filed electronically with the Clerk of Court of the United States District Court for the Northern District of Illinois using its CM/ECF system, and was served via electronic delivery upon the following:

Joseph L. Ponsetto, Esq.
**LAW OFFICE OF JOSEPH L. PONSETTO**
7753 Van Buren, Unit 401
Forest Park, IL 60130
*jponsetto@comcast.net*

**Attorney for Plaintiff**

   /s/ Ebony C. Smith
One of the Attorneys for Defendant
**POWER SOLUTIONS INTERNATIONAL, INC.**

49598001.1